UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BULLROCK RENEWABLES, LLC,                :
:
                           Plaintiff,    :
:        22-cv-2754 (VSB)
        -against-          :
:        **ORDER**
SEABOARD SOLAR HOLDINGS, LLC, et  :
al.,                                               :
:
                       Defendants.  :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On April 14, 2022, I conducted a hearing on Plaintiff Bullrock Renewables, LLC's ("Plaintiff") motion for a temporary restraining order.  (Doc. 2.)  I stated my findings at that hearing, which will be detailed in a forthcoming Opinion & Order.  Accordingly, it is hereby:

ORDERED that Plaintiff's motion for a temporary restraining order is DENIED.

IT IS FURTHER ORDERED that the parties are to meet and confer as to whether they intend to follow the Federal Rules of Civil Procedure's schedule for Defendants to answer or otherwise respond to the complaint and indicate their decision in a joint letter to the Court on or before April 19, 2022.

IT IS FURTHER ORDERED that the parties meet and confer and communicate any impact my denial of Plaintiff's motion for a temporary restraining order may have on Defendant Niagara Mohawk Power Corporation's obligations to the parties.

SO ORDERED.

Dated: April 14, 2022
      New York, New York

_____
Vernon S. Broderick
United States District Judge